IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00104-MSK-MJW

KIM WAGNER,

Plaintiff(s),

v.

WILLIAMS, SCOTT & ASSOCIATES LLC, and
JOHN TODD WILLIAMS,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Leave to Conduct Limited Discovery Prior to the Appearance of All Parties (docket no. 10) is GRANTED finding good cause shown. Plaintiff is permitted to serve limited discovery, in the form of a Subpoena *Duces Tecum,* upon non-party Regus PLC to determine the location of Defendants' virtual office so service of process can be obtained upon the Defendants.

It is FURTHER ORDERED that Plaintiff's Motion to Extend Scheduling Deadlines (docket no. 9) is GRANTED finding good cause shown. The Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on March 23, 2012, at 9:30 a.m. is **CONVERTED to a Status Conference**. Plaintiff's counsel shall appear, in person, at the Status Conference. If Plaintiff is able to obtain service of process on the Defendants after serving her Subpoena *Duces Tecum* upon non-party Regus PLC, then Plaintiff shall provide notice of the Status Conference on March 23, 2012, at 9:30 a.m. to any served Defendant.

I find that the Complaint (docket no. 1) was filed with this court on January 16, 2012. Plaintiff has made diligent efforts to serve the Defendants but has been unable to obtain service of process on the Defendants. Plaintiff's process server has informed Plaintiff that Defendants' virtual office is run by a company called Regus PLC. Regus PLC was not authorized to accept service for Defendants.

On February 28, 2012, Plaintiff contacted Regus PLC to request information regarding Defendants' physical location. The requested information was not provided to Plaintiff by Regus PLC. For "good cause," the court may expand discovery to include matters relevant to the subject matter involved in the action. In re Cooper Tire & Rubber Co., 568 F.3d 1180 (10th Cir. 2009). See also Fed. R. Civ. P. 26(b)(1).

Accordingly, I find "good cause" has been shown by Plaintiff to allow limited discovery, in the form of a Subpoena *Duces Tecum*, to be served upon non-party Regus PLC to determine the location of Defendants' virtual office so service of process can be obtained upon the Defendants.

Date:  February 29, 2012