## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   12-cv-00104-MSK-MJW          FTR - Courtroom A-502

**Date:**   August 01, 2012                         Courtroom Deputy, Ellen E. Miller

           *Parties*                                          *Counsel*

KIM WAGNER,                                         David M. Marco

       Plaintiff(s),

v.

WILLIAMS, SCOTT & ASSOCIATES, LLC, and              - - - - - -
JOHN TODD WILLIAMS,

       Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   MOTION   HEARING
**Court in Session:**   2:30 p.m.
Court calls case.  Appearance of counsel for Plaintiff.  No one appears for defendants.

The Court raises Plaintiff's Motion for Default Judgment [Docket No. 37] for argument.

2:32 p.m.   Plaintiff's witness, Plaintiff KIMBERLY RAMONA WAGNER is sworn and testifies.
Direct examination by Mr. Marco.

Voice Mail message is played into the record via electronic means, and moves to admit it as
Plaintiff's   EXHIBIT 1.
**It is ORDERED:**      Plaintiff shall convert the recorded voice mail message to a CD and have
                        it delivered to the Courtroom Deputy by close of business AUGUST 02,
                        2012.  The CD shall be marked and admitted into evidence for this
                        hearing as PLAINTIFF'S EXHIBIT ONE.

Questions by the Court.
3:00 p.m.   Witness is excused.

3:00 p.m.   Plaintiff's witness, JASON NEIL HELMICK is sworn and testifies.
Direct examination by Mr. Marco.
Questions by the Court.
3:12 p.m.   Witness is excused.

Argument by Mr. Marco on behalf of Plaintiff..

**It is ORDERED:**     Plaintiff's MOTION FOR DEFAULT JUDGMENT [Docket No. **37**, filed May 23, 2012] **TAKEN  UNDER  ADVISEMENT.**
The court will issue its written Order.

Hearing concluded.

**Court in recess:**    3:19 p.m.
Total In-Court Time 00: 49

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.