IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00104-MSK-MJW

KIM WAGNER,

    Plaintiff,

v.

WILLIAMS, SCOTT & ASSOCIATES, LLC; and
JOHN TODD WILLIAMS,

    Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Text-Only Order of Judge Marcia S. Krieger filed on December 12, 2012, it is

ORDERED that this case is hereby dismissed without prejudice for failure to prosecute.

DATED at Denver, Colorado this 13th day of December, 2012.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      By: s/ Edward P. Butler
                                      Edward P. Butler, Deputy Clerk